# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of January, two thousand fifteen.

_____

In Re: Johns-Manville Corporation

--------------------------------------------------------------------

| | |
|---|---|
| Common Law Settlement Counsel, Statutory and Hawaii Direct Action Settlement Counsel, Asbestos Personal Injury Plaintiffs, | **ORDER** |
| | Docket Nos. 12-1094(L) |
| | 12-1150(Con) |
| *Appellants,* | 12-1205(Con) |
| v. | |
| The Travelers Indemnity Company, Travelers Casualty and Surety Company, FKA Aetna Casualty and Surety Company, | |
| *Appellees.* | |

_____

Appellees The Travelers Indemnity Company and Travelers Casualty and Surety Company filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determine the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court